**Order filed January 26, 2023**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-22-00519-CV
———————

### TOM BENSON D/B/A ACT FAST BAIL BONDS, Appellant

### V.

### CHARLES FORGIE, Appellee

**On Appeal from the County Court at Law No. 3
Tarrant County, Texas
Trial Court Cause No. 2020-005133-3**

## O R D E R

Appellant's brief was due January 23, 2023. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.